IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| DAVID TODD HARRIS | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:26-cv-02787-PTG-WBP |
| v. | : | |
| | : | |
| IEVA AUGSTUMS | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF ERRATA IN BRIEFING**

Undersigned counsel submits this Notice of Errata in Briefing with consent of Defendant's counsel to correct the following errors in Plaintiff's Opposition to Defendant's Motion to Dismiss the Complaint (ECF No. 10) (the "Opposition"):

1. *Shea v. Fridley*, a case cited on Pages iv and 22 of the Opposition, is erroneously cited as *Shea v. Fridley*, 123 A.2d 1956 (Md. 1956). The proper citation is *Shea v. Fridley*, 123 A.2d 358, 361 (D.C. Mun. Ct. App. 1956).

2. On Page 24 of the Opposition, the quotation marks on the following text were placed in error: "Although email accounts and electronic communications are not tangible property in the traditional sense, many courts have recognized claims for conversion or trespass to chattels involving digital 'property.'" *See, e.g. Am. Online, Inc. v. IMS*, 24 F. Supp. 2d. 548, 550 (E.D. Va. 1998).

3. *Rosen v. Brookhaven Capital Mgmt. Co.*, 194 F. Supp. 2d 224 (S.D.N.Y. 2002) has been cited in error on Pages iv and 28 of the Opposition as part of a string cite and can be excluded.

Undersigned counsel thanks opposing counsel for identifying the above-stated errors and apologizes to the Court for their inartful drafting. The designated corrections do not alter the legal

arguments Plaintiff maintains in his Opposition to the Motion to Dismiss.

Dated: October 15, 2026

Respectfully submitted,

**OFFIT KURMAN, P.A.**

*/s/ David N. Goldberg*
David N. Goldberg (VSB No. 33468)
Alexander Rogosa (*PHV application filed*)
dgoldberg@offitkurman.com
alex.rogosa@offitkurman.com
4000 Towers Crescent Drive, Suite 1400
Tysons Corner, VA 22182
Telephone: (703) 745-1800
Facsimile: (703) 745-1835

*/s/ John D. Perry*
John D. Perry (VSB No. 95412)
john.perry@offitkurman.com
7501 Wisconsin Ave., Suite 1000W
Bethesda, MD 20814
Telephone: (240) 507-1772

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the *Notice of Errata in Briefing* was served electronically via the Court's electronic filing system on this 15th day of October, 2026 on the following counsel of record:

Andrew J. Smith
Cala Dossey
Berenzweig Leonard, LLP
8300 Greensboro Dr., Suite 1250
McLean, VA 22102
*Counsel for Ms. Augstums*

*/s/ John D. Perry*
John D. Perry